Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Juan Bernal** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 23-4009 |
| | ) |
| **Louis Glossip, Brad Abernathy,** | ) |
| **Advanced Correctional Healthcare Inc,** | ) |
| **Knox County Board.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Juan Bernal's action against Defendants Louis Glossip, Brad Abernathy, Advanced Correctional Healthcare Inc and Knox County Board is dismissed.

**Dated: 8/29/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court